IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>GUY ROSENSCHEIN,<br><br>　　　Defendant. | 1:16-CR-4571-JCH |

**NON-PARTY MICROSOFT CORPORATION'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S OBJECTIONS TO
<u>PROPOSED FINDINGS AND RECOMMENDED DISPOSITION</u>**

Non-Party Microsoft Corporation has moved to modify Defendant's Rule 17(c) subpoena because compliance would be unreasonable and oppressive in light of the extraordinarily broad scope of the subpoena's eighteen requests, and because the subpoena fails to meet the specificity, relevancy, and admissibility requirements under *United States v. Nixon*, 418 U.S. 683 (1974). *See* ECF No. 125.  This Court referred Microsoft's Motion to Magistrate Judge Ritter for decision pursuant to 28 U.S.C. § 636(b)(1)(A) and Fed. R. Crim. P. 59(a).  *See* ECF No. 139.  On October 2, 2019, Magistrate Judge Ritter issued Proposed Findings and Recommended Disposition, recommending that Microsoft's Motion be granted.  *See* ECF No. 183.  On October 16, 2019, Defendant filed objections to the Proposed Findings and Recommended Disposition, asking this Court to "set aside" the Magistrate Judge's decision.  *See* ECF No. 185 at 2.  In order to respond to Defendant's arguments in his objections, Microsoft hereby respectfully requests leave to file a response to Defendant's objections by November 8, 2019.

Microsoft has conferred with counsel for the Defendant regarding this motion, who has advised that Defendant does not object to Microsoft's request for leave to file a response.

Dated: October 21, 2019          Respectfully submitted,

PEIFER, HANSON & MULLINS, P.A.

By: */s/ Mark T. Baker*
      Mark T. Baker
P.O. Box 25245
Albuquerque, NM 87125-5245
Tel:   (505) 247-4800
Fax:   (505) 243-6458
Email:  mbaker@peiferlaw.com

-and-

Alexander A. Berengaut
Megan A. Crowley
Jadzia B. Pierce
Covington & Burling, LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Tel:   (202) 662-5367
Email: aberengaut@cov.com
         MCrowley@cov.com
         JPierce@cov.com

*Attorneys for Non-Party Microsoft Corporation*


## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on October 21, 2019, the foregoing Motion was filed electronically pursuant to CM/ECF procedures for the District of New Mexico, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

PEIFER, HANSON & MULLINS, P.A.

By: */s/ Mark T. Baker*
      Mark T. Baker