IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                            )<br>            Plaintiff,                     )<br>                                                            )    Criminal No. 16-04571 JCH<br>    vs.                                              )<br>                                                            )<br>**GUY ROSENSCHEIN**,               )<br>                                                            )<br>            Defendant.                 ) | |

**UNITED STATES' NOTICE OF PRODUCTION AND RELATED DEADLINES**

The United States submits this filing to provide notice to the Court of production of material from the National Center for Missing and Exploited Children (NCMEC) in response to the Court's order regarding the United States' motion for reconsideration. Docs. 151, 233. During the parties' status conference on May 28, 2020, Defendant requested ten days from the date of production to file his updated suppression motion, and the United States requested three weeks to file its response. Doc. 238. The United States received the responsive material from NCMEC on June 11, 2020, and provided the material to Defendant on the same date. The United States conferred with Defendant, through counsel, regarding the upcoming deadlines triggered by this production. The parties agree that Defendant's updated suppression motion is due Monday, June 22, 2020, and the United States' response is due Monday, July 13, 2020.

        Respectfully submitted,

        JOHN C. ANDERSON
        United States Attorney

        *Electronically filed June 12, 2020*
        SARAH J. MEASE
        HOLLAND S. KASTRIN
        Assistant United States Attorneys
        P.O. Box 607
        Albuquerque, N.M. 87103

2

I HEREBY CERTIFY that the foregoing pleading was filed electronically through the CM/ECF system, which caused counsel of record for Defendant to be served by electronic means.

*/s/*
SARAH J. MEASE
Assistant United States Attorney