# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.                       Criminal No. 16-04571 JCH

**GUY ROSENSCHEIN,**

        **Defendant.**

## NOTICE OF LIMITED ENTRY OF APPEARANCE BY DANIEL YOHALEM FOR NON-PARTY WITNESS GABRIEL J. X. DANCE

Please take notice that Daniel Yohalem hereby enters his limited appearance in this case to represent non-party witness Gabriel J. X. Dance, a reporter with the New York Times who has been served with a subpoena from Defendant to testify at a suppression hearing on July 27, 2020. Mr. Yohalem's appearance in this case is limited to filing a motion to quash Mr. Gabriel's subpoena and to represent him concerning the motion, subpoena and possible testimony.

        Respectfully Submitted,

        _/s/ *DANIEL YOHALEM*_
        Daniel Yohalem
        1121 Paseo de Peralta
        Santa Fe, NM 87501
        (505) 983-9433 Fax: (505) 989-4844
        dyohalem@aol.com
        Cell: 505-690-2193 (number during Covid-19)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was electronically filed, which caused counsel of record to be served by electronic means as follows:

JOHN C. ANDERSON
United States Attorney
SARAH J. MEASE
HOLLAND S. KASTRIN
Assistant United States Attorneys

and

MARC M. LOWRY
*Attorney for Defendant*

          /s/ *DANIEL YOHALEM*
Daniel Yohalem