*Rev. November 10, 2015*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET
## BEFORE THE HONORABLE JUDITH C. HERRERA

| | | | |
|---|---|---|---|
| **CR No:** | 16- 4571 JCH | **USA vs.** | Rosenschein |
| **Date:** 1/31/23 | | **Defendant:** | Guy Rosenschein |

| | | | |
|---|---|---|---|
| Time In/Out: | 10:04 – 11:06 | Total Time in Court: | 1 hour 2 minutes |
| Clerk: | E. Romero | Court Reporter: | Paul Baca |
| AUSA: | Sarah Mease and Holland Kastrin | Defendant's Counsel: | Marc Lowry |
| Sentencing in: | Albuquerque | Probation Officer: | C. Aguilar |
| Interpreter: | n/a | Interpreter Sworn? | ☐ Choose an item. |

| | | | |
|---|---|---|---|
| Convicted on: | Plea | As to: Information | Counts: 1-8 |
| Guilty Plea: | Accepted | Plea Agreement: | Accepted |
| Date of Plea/Verdict: 10/15/21 | PSR: Not Disputed | ☒ Courts adopts PSR Findings | Evidentiary Hrg: Not Needed |
| Exceptions to PSR: | | | |

## SENTENCE IMPOSED

**IMPRISONMENT (BOP):** As to Counts 1 thru 8 - 210 months; said terms to run concurrently

☐ 500-Hour Drug Program   ☒ BOP sex-offender treatment program   Other:

**SUPERVISED RELEASE:** As to Counts 1 thru 8 - 10 years; concurrently   ☒ Mandatory/Standard Conditions

## SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| ☒ | Defendant must not incur new credit charges, negotiate, or consummate any financial contracts or open additional lines of credit without prior approval of the probation officer. | ☒ | Defendant must provide the probation officer access to any requested financial information and authorize the release of any financial information. |
| ☒ | Defendant must participate in mental health treatment program and follow rules and regulations of the program; You shall waive your right of confidentiality. | ☐ | Defendant must take all mental health medications as prescribed by the treating physician. |
| ☐ | Defendant must participate in community-based program which provides education and training in: | ☒ | Defendant must reside at a Residential Reentry Center for a term of (up to) 180 days |
| ☒ | Standard sex offender conditions adopted by the District of New Mexico on July 20, 2018. | ☒ | Defendant must undergo a sex offense-specific assessment to determine the level of risk for sexual dangerousness, recidivism, and amenability to treatment and formulate treatment recommendations if treatment is necessary; You shall waive your right of confidentiality. |
| ☒ | If recommended in the sex offense-specific assessment, you must begin attending and participating in sex offender treatment consistent with the recommendations of the evaluation | ☒ | Defendant is prohibited from viewing or possessing any material that depicts sexually explicit conduct as defined in 18 U.S.C. 2256, including images, books, writings, drawings, video games, or videos depicting actual sexual intercourse. |
| ☒ | Defendant must not have direct contact with children under the age of 18 years without written approval of the treatment provider in conjunction with the probation officer. | ☒ | Defendant is restricted from engaging in an occupation where you have access to children without prior approval of the probation officer. |
| ☒ | Defendant must not go to or remain within 100 feet of school yards, parks, playgrounds, arcades, or other places used primarily by children under the age of 18 years old. | ☒ | Defendant must not volunteer for any activities in which you supervise children or adults with mental or physical disabilities |
| ☒ | Defendant must cooperate and comply with the United States Probation Office's Computer Restriction and Monitoring Program (CRMP) as outlined. | ☐ | |

## MONETARY PENALTIES / FORFEITURES

| | | | | | |
|---|---|---|---|---|---|
| Fine: $ | -0- | Restitution: $ | 125,000.00 details of distribution to be provided; and 5,000.00 to Justice for Victims of Trafficking Act of 2015. | SPA: $ 800.00 | Due Immediately |

Forfeit rights title & interest to: Items identified in paragraph 19a-f of the plea agreement

## OTHER

☒ Waived Appeal Rights per Plea Agreement   ☒ Held in Custody

| ☐ | Recommended place(s) of incarceration: |
|---|---|
| ☐ | Dismissed Counts: |

**PROCEEDINGS**

Court in session – parties state appearances; Ms. Mease addresses Court and offers a proposal of how to proceed in this matter; Ms. Mease does not intend to offer any evidence but in exchange, will read two victims' impact statements; Court requests clarification about victim impact statements; Ms. Mease responds; Mr. Lowry concurs; Court outlines documents reviewed for sentencing; Mr. Lowry withdraws objections; Ms. Mease addresses Court re: guideline range agreement by parties; Mr. Lowry concurs; Court addresses parties re: pattern enhancement and concurs with guideline calculation proposed by the parties and will not apply the enhancement; Court will accept the plea agreement; Mr. Lowry addresses Court for sentencing; Defendant does not wish to address the Court; Ms. Mease addresses Court for sentencing; Ms. Mease reads victims' impact statements into the record; Court outlines inclination as to supervised release; Parties concur; Court addresses defendant and imposes sentence; The Court suspends the mandatory drug testing condition as the defendant poses a low risk of future substance abuse; Ms. Mease will provide the Court with details outlining distribution of restitution ($125,000.00) within 30 days; Parties have nothing to add.