IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | )  Cr. No. 16-4571 JCH |
| | ) |
| vs. | ) |
| | ) |
| **GUY ROSENSCHEIN**, | ) |
| | ) |
| Defendant. | ) |

### ORDER EXTENDING TIME FOR UNITED STATES TO SUBMIT RESTITUTION DISTRIBUTION

This matter comes before the Court on the United States' motion to grant a 30-day extension for it to submit a proposed order detailing the distribution of restitution in this matter. Being fully advised in the premises and noting that Defendant does not oppose the relief sought, the Court hereby GRANTS the motion.

IT IS THEREFORE ORDERED that the United States has an additional 30 days from the time of sentencing, for a total of 60 days, to submit its proposed order detailing the distribution of restitution in this matter.

IT IS FURTHER ORDERED that the United States' proposed order shall be submitted to the Court no later than April 3, 2023.

HONORABLE JUDITH C. HERRERA
Senior United States District Judge