IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Cr. No. 16-4571 JCH |
| | ) | |
| vs. | ) | |
| | ) | |
| **GUY ROSENSCHEIN**, | ) | |
| | ) | |
| Defendant. | ) | |

## RESTITUTION ORDER

THIS MATTER comes before the Court following the Defendant Guy Rosenschein's sentencing. Defendant appeared for sentencing on January 31, 2023. As part of Defendant's sentence, restitution is mandatory pursuant to 18 U.S.C. § 3663A and 18 U.S.C. § 2259. The parties have agreed that restitution shall be ordered in the total amount of $125,000.00 to be distributed as requested by the United States and ordered by the Court. In support of this stipulated restitution amount, the United States provided the restitution requests forwarded on behalf of the victims to both defense counsel and the United States Probation Office on November 4, 2022. Further, the United States provided the Court with the following restitution distribution after accounting for the total number images and/or videos possessed per series by Defendant.

IT IS THEREFORE ORDERED that Defendant shall pay restitution as follows, for a total of $125,000:

| Series | Pseudonym (if applicable) | Amount |
|---|---|---|
| 8Kids | John Doe I | $6,049.50 |
| | John Doe II | $6,049.50 |
| | John Doe III | $6,049.50 |
| | John Doe IV | $6,049.50 |
| | John Doe V | $6,049.50 |

| | | |
|---|---|---|
| Angela | | $3,087.13 |
| At School | "Violet" | $3,087.13 |
| Aprilblonde | "April" | $3,348.51 |
| BluePlaid | BluePlaid3 | $4,394.06 |
| | BluePlaid4 | $4,394.06 |
| BluePillow | "Henley" | $3,348.51 |
| BluesPink | "Fiona" | $3,087.13 |
| CinderblockBlue | "Jane" | $3,087.13 |
| Feb21 | "Donatello" | $4,481.19 |
| j_blonde | "Solomon" | $5,875.25 |
| Jan_Feb | | $4,829.70 |
| Jan_Socks | "Sierra" | $3,174.26 |
| Jenny | | $5,178.24 |
| Marineland | "Sarah" | $3,087.13 |
| MotorCouch | "Cara" | $3,609.90 |
| RapJerseys | "Kuazie" | $4,829.70 |
| SpongeB | "Andy" | $8,489.11 |
| Surfer Hair | "Jessy" | $4,655.45 |
| SweetSugar | "Pia" | $3,174.26 |
| | "Mya" | $3,174.26 |
| Tara | | $6,310.89 |
| Vicky | | $6,049.50 |
| | **Total** | **$125,000** |

IT IS FURTHER ORDERED that restitution is payable immediately to the United States District Court Clerk.

_[signature]_

HONORABLE JUDITH C. HERRERA
SENIOR UNITED STATES DISTRICT JUDGE

Dated: 04/03/2023

SUBMITTED BY:
Sarah J. Mease
Assistant United States Attorney

2